UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
MAR 2 0 2012
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| IN THE MATTER OF THE APPLICATION | ) | No. |
| OF THE UNITED STATES OF AMERICA | ) | |
| FOR AN ARREST WARRANT OF | ) | |
| ALLEN R. WALKER | ) | UNDER SEAL  12-4019-JSB |
| | ) | |

## ORDER

The material in the above-entitled case is hereby ordered SEALED until further Order of the Court.

DATED: March 2 0, 2012, in Nashville, Tennessee

_____
HONORABLE JOHN S. BRYANT
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF TENNESSEE