UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00076 |
| | ) | JUDGE CAMPBELL |
| ALLEN WALKER, et al. | ) | |

ORDER

Pending before the Court are Defendant Jeffrey Johnson's Motion For Disclosure Of Rule 404(b) Evidence (Docket No. 245) and Defendant Billy Griffith's Motion For Disclosure Of Rule 404(b) Evidence (Docket No. 254). Through the Motions, the Defendants request notice of Rule 404(b) evidence the Government intends to introduce at trial at least 10 days prior to trial. The trial in this case is scheduled for April 8, 2014.

The Government has filed a Response (Docket No. 288) to the Motions describing the Rule 404(b) evidence it intends to offer at trial and the basis for its admission. Based on the Government's notice, the Motions are DENIED as moot. The Court expresses no opinion at this time on the admissibility of the evidence described by the Government in its Response.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE